**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

Naomi Anderson,

    Plaintiff,

v.

Diversified Consultants, Inc.; and DOES 1-10, inclusive,

    Defendant.

Civil Action No.: 1:10-cv-02728-MJG

Approved
ELH
USDJ  8/8/11

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Diversified Consultants, Inc. and Does 1-10, with prejudice and without costs to any party.

| Naomi Anderson | Diversified Consultants, Inc. |
|---|---|
| /s/ Forrest E. Mays | /s/ Steven R. Dunn |
| Forrest E. Mays (Bar No. 07510) | Steven R Dunn |
| 1783 Forest Drive, Suite 109 | 54120 LBJ Freeway Ste 577 |
| Annapolis, MD 21401 | Dallas, TX 75240 |
| Telephone: (410) 267-6297 | Telephone: (214) 692-5533 |
| Facsimile: (410) 267-6234 | Fax: (214) 692-5534 |
| Email: mayslaw@mac.com | Email: steven@dunnlawfirm.net |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that August 8, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays
Forrest E. Mays